IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Case No.:  06-po-00034-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JACOB J. MEDINA,

    Defendant.

## ORDER

The Court finds, for reasons more fully stated on the record, that Defendant's community service hours are increased to 16 hours a month and defendant is to report to Probation Services every Monday.  Defendant is to participate in a program of testing and treatment for alcohol abuse.  The Court deferred defendant's completion of GED.

Compliance Review Hearing set for August 7, 2007 at 4:00 p.m.

Dated this 22nd day of June, 2007.

FOR THE COURT

s/ Gudrun J. Rice

Gudrun J. Rice
U.S. Magistrate Judge